UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

FILED
01 JAN -4 PM 3:52
, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLA

In Re: )
)
WILLIAM EDWARD CHAMBERLAIN, JR. )
A/K/A WILLIAM EDWARD )
    CHAMBERLAIN )
A/K/A W. EDWARD CHAMBERLAIN )
SSN-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 )
)
)
)
)
)
      Debtor(s). )   Case No.    00-04602-R
)                   (Chapter 13)

## TRUSTEE MEETING REPORT

A.   341 Meeting Record: _____

        Debtor(s) Attorney: __T.H. WAGENBLAST__

        Meeting Date: __JANUARY 3, 2001__

        Meeting Locations: __224 SOUTH BOULDER, ROOM B04__

B.   _____ Debtor(s) appeared and was or were sworn and examined.

     __X__ Debtor(s) did not appear.

C.   _____ Meeting adjourned to _____, at _____
            at the above location.

     __X__ Meeting was ~~concluded~~ STRICKEN.

Dated: __1/4/01__     By: _Lonnie D. Eck_
                          Lonnie D. Eck
                          Standing Chapter 13 Trustee
                          Northern District of Oklahoma
                          PO Box 2038
                          Tulsa, OK  74101-2038
                          Telephone:(918)599-9901
                          Fax:(918)587-0364

