

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

01 FEB 27 PM 4:12

In Re: )
)
WILLIAM EDWARD CHAMBERLAIN, JR. )
A/K/A WILLIAM EDWARD CHAMBERLAIN )
A/K/A W. EDWARD CHAMBERLAIN )
SSN-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 )
)
)
)
)
)
Debtor(s). ) Case No.    00-04602-R
)            (Chapter 13)

### TRUSTEE MEETING REPORT

A.   341 Meeting Record: _____

    Debtor(s) Attorney: __T.H. WAGENBLAST__

    Meeting Date: __FEBRUARY 27, 2001__

    Meeting Locations: __224 SOUTH BOULDER, ROOM B04__

B.   __X__   Debtor(s) appeared and was or were sworn and examined.

    _____   Debtor(s) did not appear.

C.   _____   Meeting adjourned to _____, at _____
    at the above location.

    __X__   Meeting was concluded.

Dated: __2/27/01__       By: _Lonnie D. Eck_
                             Lonnie D. Eck
                             Standing Chapter 13 Trustee
                             Northern District of Oklahoma
                             PO Box 2038
                             Tulsa, OK  74101-2038
                             Telephone:(918)599-9901
                             Fax:(918)587-0364

23