## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

In Re:                                          )
                                                )
WILLIAM CHAMBERLAIN, JR.                         )
                                                )
                                                )
                                                )   Case No.      00-04602-R
                        Debtor.                  )                (Chapter 13)

### NOTICE OF FINAL REPORT AND FINAL ACCOUNT

   The Standing Chapter 13 Trustee for the Northern District of Oklahoma has filed Standing Chapter 13 Trustee's Final Report and Final Account and Application to Discharge Chapter 13 Trustee with the Court which may be reviewed during normal business hours at the office of the Clerk, United States Bankruptcy Court, Room 105, 224 South Boulder, Tulsa, Oklahoma.

   Pursuant to Bankruptcy Rule 5009, you are hereby notified that you have thirty (30) days from the date of this Notice to file a written response or objection to the Standing Chapter 13 Trustee's Final Report and Final Account and Application to Discharge Chapter 13 Trustee.  If no response or objection is timely filed, the Court will approve the Standing Chapter 13 Trustee's Final Report and Final Account, discharge the Trustee and the case will be closed in the ordinary course of business.

   Dated January 23, 2006.

<div style="margin-left:50%">

s/ Lonnie D. Eck   
Lonnie D. Eck
Standing Chapter 13 Trustee
Northern District of Oklahoma
PO Box 2038
Tulsa, Oklahoma  74101-2038
Telephone: (918) 599-9901
Fax: (918) 587-0364

</div>